1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

QWEST COMMUNICATIONS
CORPORATION,

              Plaintiff,

    v.

OLYMPIC PENINSULA DEVELOPMENT
CO., LLC,

              Defendant.

CASE NO. C07-5147RJB

ORDER GRANTING MOTION
TO WITHDRAW PURSUANT TO
GR 2(g)(4)(A)

This matter comes before the Court on the defendant's Motion to Withdraw Pursuant to GR 2(g)(4(A) (Dkt. 23). The Court has considered the pleadings filed in support of and in opposition to the motion and the remainder of the file herein.

## I. BACKGROUND AND DISCUSSION

On March 26, 2007, the plaintiff filed a complaint seeking a permanent injunction and alleging willful violation of RCW 19.122 and conversion. Dkt. 1. On May 4, 2007, the plaintiff moved for entry of default. Dkt. 7. At the time, counsel for the defendant had appeared but failed to file an answer or a response to the motion. Dkt. 10 at 2. The Court granted the motion on May 8, 2007. Dkt. 10.

After the Order Granting Motion for Entry of Default (Dkt. 10) was entered, counsel for the defendant filed an answer, a declaration opposing the Motion for Entry of Default, and a

ORDER
Page 1

1   Notice of Withdrawal and Substitution of Attorneys Dkt. 11; Dkt. 12; Dkt. 13. The Court issued

2   a Minute Order notifying counsel for the defendant that withdrawal requires leave of court. Dkt.

3   21. Counsel for the defendant now moves to withdraw. Dkt. 23. The plaintiff has not responded.

4        The defendant's Motion to Set Aside Order of Default Under CR 60 (Dkt. 17) and the

5   plaintiff's Motion for Entry of Default Judgment Under Rule 55 (Dkt. 14) are currently pending

6   before the Court and noted for consideration on June 1, 2007. Dkt. 22.

7                                    **II. DISCUSSION**

8        Withdrawal of attorneys is governed by Local Rule GR (2)(g):

9        (A) No attorney shall withdraw an appearance in any cause, civil or criminal,
         except by leave of court. Leave shall be obtained by filing a motion or a
10       stipulation for withdrawal or, if appropriate, by complying with the requirement of
         CrR 5(d)(2). A motion for withdrawal shall be noted in accordance with CR
11       7(d)(2) or CrR 12(c)(7) and shall include a certification that the motion was
         served on the client and opposing counsel. A stipulation for withdrawal shall also
12       include a certification that it has been served upon the client. The attorney will
         ordinarily be permitted to withdraw until sixty days before the discovery cut off
13       date in a civil case.

14       (B) If the attorney for a corporation is seeking to withdraw, the attorney shall
         certify to the court that he or she has advised the corporation that it is required by
15       law to be represented by an attorney admitted to practice before this court and that
         failure to obtain a replacement attorney by the date the withdrawal is effective
16       may result in the dismissal of the corporation's claims for failure to prosecute
         and/or entry of default against the corporation as to any claims of other parties.

17

18  Local Rule GR(2)(g)(4).

19       The motion is accompanied by a certification that the motion was served on the client as

20  required by Local Rule GR 2(g)(4)(A). *See* Dkt. 23-3. The Motion to Withdraw is apparently

21  necessitated by a conflict of interest. Dkt. 24. The defendant has obtained substitute counsel,

22  indicating that the purposes of Local Rule GR 2(g)(4) have been satisfied. The Court should grant

23  the motion.

24                                     **III. ORDER**

25       Therefore, it is hereby

26       **ORDERED** that attorney Gary Colley of the firm of Platt Irwin Taylor's Motion to

27  Withdraw Pursuant to GR 2(g)(4(A) (Dkt. 23) is **GRANTED**.

28

ORDER
Page 2

1        The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel

2   of record and to any party appearing *pro se* at said party's last known address.

3        DATED this 31st day of May, 2007.

4

5

                                    Robert J. Bryan
6                                   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER
Page 3